THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* PEDRO PINEDA, Defendant-Appellant.

(No. 57349;

First District (3rd Division)—January 25, 1973.

PER CURIAM.

Gerald W. Getty, Public Defender, of Chicago, (Stanley Sacks and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane and William D. Wolter, Assistant State's Attorneys, of counsel,) for the People.